IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:24-cr- 145 |
| | ) | |
| v. | ) | Count One: |
| | ) | 18 U.S.C. § 1466A(b) |
| JAMES SKIBINSKI, | ) | Possession of Obscene Visual |
| | ) | Representations of Children |
| Defendant. | ) | |

## INDICTMENT

October 2024 Term – at Richmond, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT ONE
**(Possession of Obscene Visual Representations of Children)**

On or about March 7, 2024, while incarcerated at Federal Correctional Institution Petersburg and in the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, JAMES SKIBINSKI, having previously been convicted under Chapter 110 of Title 18, United States Code, knowingly and intentionally possessed an obscene visual depiction of any kind, including a drawing, cartoon, sculpture, or painting, that depicts a minor engaging in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256(2)(A), knowing that the contents of said visual depiction were of a sexually oriented nature.

(In violation of Title 18, United States Code, Section 1466A(b)).

A TRUE BILL

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *Heather Mansfield*
Heather Hart Mansfield
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office